UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CRYSTAL GAIL PILA,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN JIMINEZ and "JANE DOE" JIMINEZ, husband and wife and the marital community comprised thereof; NEW WORLD VAN LINES OF CALIFORNIA, a California corporation; and NEW WORLD LIMITED, L.P., an Illinois corporation,<br><br>　　　　　　　　　　　　　Defendants. | CASE No. 3:21-cv-05404<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 USC §1441 & §1446**<br><br>*(Clerk's Action Required)* |

　　　Defendants Brian Jiminez, New World Van Lines of California, and New World Limited L.P. hereby provide notice of removal pursuant to 28 U.S.C § 1332(a) and (c), § 1441(a), § 1446(a), (b) and (d), and Western District LCR 101(a) and (b).  The grounds for removal are as follows:

　　　1.　　On April 13, 2021, Plaintiff filed a Complaint in the Pierce County Superior Court, entitled *Crystal Pila v. Brian Jiminez, et al.*, Cause No. No. 21-2-05501-1, then-asserting claims against diverse and non-diverse defendants.

　　　2.　　On May 20, 2021, the Court entered an Order dismissing certain defendants

NOTICE OF REMOVAL TO FEDERAL COURT – (Cause No. 3:21-cv-05404) - 1
mg/JS6369.080/3888525x

WILSON SMITH COCHRAN DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

pursuant to stipulation of the parties, thereby creating diversity.

3. On May 25, 2021, Plaintiff filed an Amended Summons and Amended Complaint adding two diverse defendants – New World Van Lines of California, and New World Limited L.P.

4. On May 26, 2021, defense counsel appeared and accepted service of the Amended Summons and Amended Complaint on behalf of Defendants New World Van Lines of California, and New World Limited L.P.

5. Pursuant to 28 U.S.C. § 1446(a), copies of the Complaint, Amended Complaint, and all other filings in the Superior Court are attached as Exhibit 2 to Jeff M. Sbaih's Declaration.

## GROUNDS FOR REMOVAL

6. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are diverse, the amount in controversy purports to exceeds $75,000.00 and no defendant is a citizen of Washington.

7. Complete diversity jurisdiction exists in that:

   i. Plaintiff is a citizen of the State of Washington.

   ii. Defendant Brian Jiminez is a citizen of the State of California.

   iii. Defendant New World Van Lines of California is a California company with its principle place of business in California.

   iv. Defendant New World Limited L.P. is an Illinois company with its principle place of business in California.

8. This action is properly removed because no named defendant is a citizen of Washington, the state in which Plaintiff brought the action. See 28 U.S.C. § 1441(b).

NOTICE OF REMOVAL TO FEDERAL COURT – (Cause No. 3:21-cv-05404) - 2
mg/JS6369.080/3888525x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

9. Plaintiff claims personal injuries arising out of a motor vehicle accident that occurred on April 14, 2018 in Pierce County, Washington involving her and Brian Jiminez, who was during all relevant times acting within the course and scope of his employment with Defendant New World Van Lines of California.

10. In response to a Request for Statement of Damages served under RCW 4.28.360, Plaintiff provided notice that she claims economic and non-economic damages in excess of $75,000.

## TIMELINESS OF REMOVAL

11. This Notice of Removal is timely under 28 U.S.C. § 1446(b). Defendants filed this Notice of Removal within thirty (30) days after acceptance of service of the Amended Complaint by counsel on behalf of the diverse defendants.

## VENUE AND INTRA-DISTRICT ASSIGNMENT

12. Venue is proper in this District, pursuant to 28 U.S.C. § 1441(a) because the Complaint was filed and is currently pending in the Pierce County Superior Court of Washington.

13. The Western Division is the proper intra-district assignment for this action upon removal because it is the division that embraces the county where the state court action was pending.

## CONSENT AND NOTICE

14. Defendants collectively consent to this removal.

15. Defendants expressly reserve all of defenses and rights, and none of the foregoing shall be construed as in any way conceding the truth of any of Plaintiff's allegations or waiving any of Defendants' defenses.

NOTICE OF REMOVAL TO FEDERAL COURT – (Cause No. 3:21-cv-05404) - 3
mg/JS6369.080/3888525x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED: May 27, 2021.

**WILSON SMITH COCHRAN DICKERSON**

By: *s/ Dylan E. Jackson*
By: *s/ Jeff M. Sbaih*
By: *s/ J.C. Miller*
  Dylan E. Jackson, WSBA No. 29220
  Jeff M. Sbaih, WSBA No. 51551
  J.C. Miller, WSBA No. 51932
  WILSON SMITH COCHRAN DICKERSON
  901 Fifth Avenue, Suite 1700
  Seattle, WA  98164-2050
  Telephone: (206) 623-4100 / Fax: (206) 623-9273
  Email: jackson@wscd.com / sbaih@wscd.cm
      miller@scd.com
  *Attorneys for Defendants Brian Jiminez, New World Van Lines of California, and New World Limited L.P.*

NOTICE OF REMOVAL TO FEDERAL COURT – (Cause No. 3:21-cv-05404) - 4
mg/JS6369.080/3888525x



901 F<small>IFTH</small> A<small>VENUE</small>, S<small>UITE</small> 1700
S<small>EATTLE</small>, W<small>ASHINGTON</small>  98164
T<small>ELEPHONE</small>: (206) 623-4100
F<small>AX</small>: (206) 623-9273

## CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Plaintiff**
Mark W. Watson
THE LAW OFFICE OF MARK W. WATSON, P.S.
3623 South 12th Street
Tacoma, WA 98405
Phone: 253-926-8437
Email: watson@wglaw.comcastbiz.net

( ) Via U.S. Mail
( ) Via Facsimile: 253-301-2167
( ) Via Hand Delivery
(X) Via CM/ECF and/or Email: watson@wglaw.comcastbiz.net; marie@wglaw.comcastbiz.net

**SIGNED** this 27th day of May, 2021, at Seattle, Washington.

*s/ Mark Gockley*
Mark Gockley

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273